UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHUKWUMA E. AZUBUKO,

Plaintiff,[1]

v.

HARRIS L. HARTZ, et al.,

Defendants.

Civil Action No. 20-0396 (UNA)

## MEMORANDUM OPINION

In 2005, the plaintiff filed a civil action in the United States District Court for the Western District of Oklahoma against the State of New Hampshire. See Compl. at 1. The court dismissed the case as frivolous. see Azubuko v. New Hampshire, No. 5:05-cv-0176-C (W.D. Okla. Feb. 23, 2005). With respect to the plaintiff's appeal of a post-judgment motion, the court denied plaintiff leave to proceed in forma pauperis on the ground that the appeal was not taken in good faith. See Azubuko v. New Hampshire, No. 5:05-cv-0176-C (W.D. Okla. June 9, 2005). This matter has come before the Court on review of the plaintiff's pro se complaint, which asks this Court to vacate the Oklahoma district court's rulings and enter judgment in the plaintiff's favor. Compl. at 5.

As a general rule applicable here, a federal district court lacks jurisdiction to review the decisions of other courts. See e.g., Petrovic v. United States, No. 1:19-CV-00482, 2019 WL

---

[1] Although Precious Okereke is named in the caption of the complaint as a plaintiff, she neither signed the complaint nor submitted an application to proceed in forma pauperis. The Court will dismiss Okereke as a party, leaving Azubuko as the sole plaintiff.